IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE LEON REID, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                        CASE NO. 1D15-0471

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 7, 2015.

An appeal from an order of the Circuit Court for Alachua County.
Robert Groeb, Judge.

Willie Leon Reid, Jr., pro se; Nancy A. Daniels, Public Defender, and Steven L.
Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

ROBERTS, C.J., MARSTILLER and MAKAR, JJ., CONCUR.